1004

**Foss HEATON, Bankrupt, Appellant, v. CROMWELL STATE SAVINGS BANK.**

No. 11230.

Circuit Court of Appeals, Eighth Circuit.
June 14, 1938.

R. Brown, of Creston, Iowa, for appellant.

D. W. Harper, of Creston, Iowa, for appellee.

PER CURIAM.

Dismissal of petition for allowance of appeal by appellant from order of United States District Court, Southern District of Iowa, without costs to either party in this Court.

**Lana B. HECKMAN, Debtor, Appellant, v. BRENTON STATE BANK OF DALLAS CENTER, IOWA, et al.**

No. 11208.

Circuit Court of Appeals, Eighth Circuit.
May 19, 1938.

E. D. Marshall, of Des Moines, Iowa, and George Cahill, of St. Paul, Minn., for appellant.

Sidney H. Johnson, of Granger, Iowa, and Ray A. Emmert, of Des Moines, Iowa, for appellee.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.

**Guy T. HELVERING, Commissioner of Internal Revenue, v. W. H. CRAIG, Executor of Estate of Mary Foster Craig.**

No. 11031.

Circuit Court of Appeals, Eighth Circuit.
March 17, 1938.

J. P. Wenchel, Chief Counsel Bureau of Internal Revenue, of Washington, D. C., James W. Morris, Asst. Atty. Gen., C. H. Curl, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to Atty. Gen., for petitioner.

R. Kemp Slaughter and Hugh C. Bickford, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to United States Board of Tax Appeals for proceedings in accordance with stipulation of parties.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Myra L. LEARY, Respondent.**

No. 4356.

Circuit Court of Appeals, Fourth Circuit.
June 6, 1938.

James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas M. Wilkins, of Washington, D. C., for respondent.

PER CURIAM.

On motion of petitioner, cause is docketed and dismissed. Order filed.